MARION H. WELLS, Judgment Creditor, Appellant, *v.* PAUL M. HOLLISTER, Judgment Debtor, Respondent.

Argued February 23, 1944; decided April 6, 1944.

*John B. Doyle* and *David W. Kahn* for appellant.
*J. Harlin O'Connell* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.